**Wilson THOMAS, Petitioner–Appellant,**

v.

**Charles A. DANIELS, Respondent–Appellee.**

**No. 07–35640.**

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted March 18, 2009.*

Filed March 24, 2009.

Wilson Thomas, Taft, CA, pro se.

Before: LEAVY, HAWKINS, and TASHIMA, Circuit Judges.

### MEMORANDUM **

Federal prisoner Wilson Thomas appeals pro se from the district court's judgment dismissing his petition for writ of habeas corpus under 28 U.S.C. § 2241, and from the district court's order denying his motion to reconsider. We have jurisdiction under 28 U.S.C. §§ 1291 and 2253, and we affirm.

Thomas contends that, although the district court denied his petition on res judicata grounds, he is entitled to relief in light of *House v. Bell,* 547 U.S. 518, 126 S.Ct. 2064, 165 L.Ed.2d 1 (2006). This contention is without merit.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

